```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

JESSICA DAVIS, et al.,       )
                             )
     Plaintiffs,             )
                             )
vs.                          ) CIVIL ACTION NO. 19-00007-KD-B
                             )
TITLEMAX OF ALABAMA, INC.,   )
Et al.,                      )
                             )
     Defendants.             )
```

**PLAINTIFFS' MOTION TO DISMISS**

The Plaintiffs filed a collective action in this matter on July 27, 2017 seeking damages for alleged violations of Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.* (Doc. 1). At the time of the filing of the complaint, separate Circuits of the U.S. Courts of Appeals had reached different conclusions as to whether claims of this nature could be forced into arbitration. The issue was basically whether arbitration agreements could prevent employees from bringing FLSA claims in a collective or class manner. The Supreme Court of the United States granted writs of certiorari in three of the cases with conflicting decisions, consolidated them and ultimately issued their Opinion on May 21, 2018, in *Epic Systems v. Lewis*, 138

S.Ct. 1612 (2018). The ruling in *Epic Systems* held that class or collective action waivers in arbitration agreements are enforceable and employees must thereby proceed in arbitration on an individual basis.

After consideration of all matters relevant to this case, namely the U.S. Supreme Court's ruling in *Epic Systems*, the Plaintiffs concede that this collective action is due to be dismissed, without prejudice, since the Plaintiffs can only bring these claims in arbitration. The Defendants in this matter have no opposition to this dismissal.

Respectfully submitted this the 28th day of January, 2019.

/s/ Jacob A. Fuller
JACOB A. FULLER

/s/ J. Doyle Fuller
J. DOYLE FULLER

/s/ Susan G. Copeland
SUSAN G. COPELAND

FULLER AND COPELAND, P.C.
2851 Zelda Road
Montgomery, Alabama 36106
(334)270-0020
(334) 270-9848
jdf@fullercopeland.com
susanc@fullercopeland.com

jacob@fullercopeland.com

      /s/ Andrew P. Campbell
      ANDREW P. CAMPBELL

      /s/ Cason M. Kirby
      CASON M. KIRBY

CAMPBELLGUIN, LLC
505 20th Street North
Suite 1600
Birmingham, AL 35203
205-224-0750
andy.campbell@campbellguin.com
cason.kirby@campbellguin.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was electronically mailed to following party on this the 28th day of January, 2019.

Charles A. Powell, IV
LITTLER MENDELSON, P.C.
420 20th Street North, Suite 2300
Birmingham, AL 35203
205-421-4703
cpowell@littler.com

                                          /s/ Jacob Fuller
                                          Jacob Fuller
                                          OF COUNSEL